# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIC RAMIREZ, an individual; | |
| Plaintiff, | 8:17CV51 |
| vs. | ORDER OF DISMISSAL |
| APPLIED UNDERWRITERS, INC., a Nebraska corporation; | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation for Dismissal, ECF No. 4. The Stipulation complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved. The above-captioned action will be dismissed without prejudice, and the Court will not assess costs or attorney's fees. Accordingly,

IT IS ORDERED:

1. The Stipulation for Dismissal, ECF No. 4, is approved;

2. The above-captioned action is dismissed without prejudice;

3. Any pending motions are terminated; and

4. The Court will not assess costs or attorney's fees.

Dated this 3rd day of May, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge